UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES L. DYE,<br><br>      Plaintiff,<br><br>   v.<br><br>UNITED STATES GOVERNMENT,<br><br>      Defendant. | Case No. 16-cv-06882-KAW<br><br>**ORDER TO SHOW CAUSE** |

On November 30, 2016, Plaintiff James L. Dye filed the instant suit against Defendant United States Government, asserting an injury based on a fall he suffered at the Oakland federal building. (Dkt. No. 1 at 4.) Federal Rule of Civil Procedure 4(m) states:

> If a defendant is not served within 90 days after the complaint is filed, the court -- on motion or on its own after notice to the plaintiff -- must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

As of the date of this order, Plaintiff has yet to file a proof of service that the complaint has been served on Defendant. Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, by no later than **June 16, 2017**, why Plaintiff's case should not be dismissed for failure to serve the complaint. The initial case management conference set for May 30, 2017 is CONTINUED to September 12, 2017 at 1:30 p.m. The case management conference statement is due by September 5, 2017.

IT IS SO ORDERED.

Dated: May 26, 2017

                                                KANDIS A. WESTMORE<br>
                                                United States Magistrate Judge