| | |
|---|---|
| 1 | BRIAN J. STRETCH (CABN 163973) |
| 2 | Acting United States Attorney |
|   | SARA WINSLOW (DCBN 457643) |
| 3 | Chief, Civil Division |
|   | JONATHAN U. LEE (CSBN 148792) |
| 4 | Assistant United States Attorney |

1301 Clay Street, Suite 340S
Oakland, California 94612-5217
Telephone: (510) 637-3680
Fax: (510) 637-3724
Jonathan.Lee@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JAMES L. DYE,

    Plaintiffs,

v.

UNITED STATES GOVERNMENT,

    Defendants.

CASE NO. 16-CV-06882 KAW

**STIPULATION AND [~~PROPOSED~~] ORDER ENLARGING TIME FOR THE PLAINTIFF'S OPPOSITION TO MTD AND CONTINUING CASE MANAGEMENT CONFERENCE**

AS MODIFIED

**STIPULATION**

BY AND THROUGH THEIR ATTORNEYS OF RECORD, THE PARTIES ENTER INTO THE FOLLOWING STIPULATION AND RESPECTFULLY REQUEST ENTRY OF THE PROPOSED ORDER BY THE COURT:

WHEREAS, Plaintiff James L. Dye filed this action on November 30, 2016 (ECF No. 1);

WHEREAS, Plaintiff completed service of the summons and complaint on the Federal Defendants on August 29, 2017 by delivering the summons and complaint to the U.S. Attorney's Office (ECF No. 12);

STIPULATION AND [PROPOSED] ORDER - 1 -
Case No. 16-CV-06882 KAW

1   WHEREAS, under Federal Rule of Civil Procedure 12, the Federal Defendants have filed their

2   initial responsive pleading on October 27, 2017; and

3   WHEREAS, the Plaintiff requested an extension of time to file the opposition to the Defendant's

4   Motion to Dismiss and all parties have agreed as set forth below:

5       1) the Plaintiff's opposition must be filed on or before December 12, 2017;

6       2) the Defendant's reply must be filed on or before December 22, 2017;

7       3) the parties request a postponement of the Motion Hearing to January 18, 2018; and

8       4) the parties request a postponement of the initial Case Management Conference to ~~January 23,~~ February 20,

9   2018 at 1:30 p.m., with a joint case management conference statement due one week before the

10  rescheduled conference.

11  IT IS SO STIPULATED.

12  DATED:

13

14                                                                  By:_____
                                                                       JAMES L. DYE, Pro Se Plaintiff

15

16  DATED:                                             BRIAN J. STRETCH

17                                                   United States Attorney

18                                                 */s/ Jonathan U. Lee*

19                                                 JONATHAN U. LEE
                                               Assistant United States Attorney

20                                                 Attorneys for the United States of America

21

22

23

24

25

26

27

28

**[PROPOSED]** ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 11/16/17

_____
THE HONORABLE KANDIS A. WESTMORE